**Order entered December 17, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01483-CV

### IN RE KEVIN GLASPIE, Relator

**Original Proceeding from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-57718**

## ORDER
Before Justices Francis, Evans, and Schenck

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/     DAVID EVANS
        JUSTICE